842

No. 420. COMMISSIONER OF INTERNAL REVENUE *v.* WILSON. ▮ Certiorari denied. *Solicitor General Perlman* for petitioner. ▮

No. 421. COMMISSIONER OF INTERNAL REVENUE *v.* WIESLER. ▮ Certiorari denied. *Solicitor General Perlman* for petitioner. *R. M. O'Hara* for respondent. ▮

No. 440. LAIRD *v.* UNITED SHIPYARDS, INC. ET AL. ▮ Certiorari denied. *Robert P. Weil* for petitioner. *John F. Condon, Jr.* for the United Shipyards, Inc.; *Henry Root Stern* for the Chase National Bank; and *Joseph M. Proskauer* for Powell et al., respondents. ▮

No. 89. VAN GLAHN *v.* NEW YORK. ▮ Certiorari denied. Petitioner *pro se.* *Lindsay R. Henry* for respondent.

No. 117. LEWIS *v.* NEW YORK. ▮ Certiorari denied.